UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

...FILED
APR 12 2007
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

WILTON JOSEPH FONTENOT

CASE NO. 3:07-cr-89-J-32TEM
Ct. 1: 18 U.S.C. § 242
Ct. 2: 18 U.S.C. § 1512(b)(3)
Ct. 3: 18 U.S.C. § 1519

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 22, 2003, in Raiford, Union County, Florida, in the Middle District of Florida,

WILTON JOSEPH FONTENOT,

the defendant herein, then an employee of the Union Correctional Institution, while acting under color of law, did strike and choke Corey Milledge, then an inmate at Union Correctional Institution, resulting in bodily injury to Corey Milledge, and did thereby willfully deprive Corey Milledge of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be subjected to cruel and unusual punishment.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO

On or about November 22, 2003, in Raiford, Union County, Florida, in the Middle District of Florida,

WILTON JOSEPH FONTENOT,

the defendant herein, then an employee of the Union Correctional Institution, did corruptly persuade Joni White, also known as Joni White Napier, then a Union Correctional Institution officer, by telling her to falsely state that she did not see WILTON JOSEPH FONTENOT strike and choke Corey Milledge on November 22, 2003, with the intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States, that is, an agent of the Federal Bureau of Investigation, of information relating to the commission of a federal offense, that is, deprivation of rights under color of law, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT THREE

On or about November 22, 2003, in Raiford, Union County, Florida, in the Middle District of Florida,

WILTON JOSEPH FONTENOT,

the defendant herein, then an employee of the Union Correctional Institution, did knowingly make a false entry in a document with intent to impede, obstruct, and influence the investigation of a matter within the jurisdiction of the United States Department of Justice, and in relation to and in contemplation of such matter, that is, deprivation of rights under color of law, as charged in Count One of this Indictment. Specifically, the defendant made the following false entries in a use-of-force report dated November 22, 2003:

(a) "I opened the cell flap of cell T2-1115 and felt a sharp hit to the right side of my right wrist."

(b) "Spontanious [sic] force was immediately used and Inmate Milledge dropped what appeared to be a flat piece of concrete."

(c) "Inmate Milledge responded by thrusting his left arm out of the cell flap and again I used spontanious [sic] force to remove what appeared to be a partially sharpened toothbrush."

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL,

*/s/ Jaunene S. Romane*
Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: _/s/ John J. Scortino_
JOHN J. SCORTINO
Assistant United States Attorney

By: _/s/ Ronald T. Henry_
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

WAN J. KIM
Assistant Attorney General
United States Department of Justice
Civil Rights Division

By: _/s/ Edward K. Chung_
EDWARD K. CHUNG
Trial Attorney

4

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

WILTON JOSEPH FONTENOT

## INDICTMENT

Violations:

Count 1:  18 U.S.C. §242
Count 2:  18 U.S.C. §1512(b)(3)
Count 3:  18 U.S.C. §1519

A true bill,

_____
Foreperson

Filed in open court this _____ day

of April, A.D. 2007.

_____
Clerk

Bail  $ _____

GPO 863 525